UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISAFI FLP,<br><br>        Plaintiff,<br><br>   v.<br><br>MARIA RAMIREZ,<br><br>        Defendant. | Case No. 16-cv-05221-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE TO STATE COURT**<br><br>Re: Dkt. No. 10 |

On September 21, 2016, Magistrate Judge Kandis A. Westmore granted defendant's application to proceed *in forma pauperis* and issued a Report and Recommendation, recommending that this unlawful detainer case be remanded to Alameda County Superior Court for lack of jurisdiction. Dkt. No. 10.

Objections to Judge Westmore's recommendation were due by October 11, 2016. Federal Rule of Civil Procedure 72(b); Civ. Local Rule 72-3. As of today's date, no objections have been filed.

Having reviewed the Report and Recommendation, as well as the record in this case, I ADOPT Judge Westmore's Report and Recommendation in full. This case is REMANDED to Alameda County Superior Court for lack of jurisdiction.

**IT IS SO ORDERED**.

Dated: October 13, 2016

WILLIAM H. ORRICK
United States District Judge